UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RACHEL SPECTOR

v.                                                              CASE NO. 3:03 CV 251 (MRK)

TRANS UNION LLC                                  March 22, 2004

PLAINTIFF'S RESPONSE TO NOTICE TO COUNSEL

In response to the Notice to Counsel, Doc. No. 18, plaintiff respectfully notes that the Scheduling Order entered herein (Endorsement Ruling, Doc. No. 6) required that discovery be completed by December 30, 2003; that dispositive motions be filed by January 14, 2004, and that "A Joint Trial Memorandum Order will be issued after the dispositive motions deadline has passed." Pursuant to the Endorsement Order, since the deadline for dispositive motions has passed, the parties await a Joint Trial Memorandum Order.

Defendant has not yet complied with the Discovery Order granted on August 15, 2003; plaintiff has requested compliance and will file an appropriate motion if it is not forthcoming. Defendant did not notice plaintiff's deposition until after the discovery deadline had passed; the deposition was held on January 14, 2004. Defendant ordinarily files a summary judgment motion but has declined to respond to plaintiff's repeated inquiries about its intent do so in this matter.

Accordingly, plaintiff request that a Joint Trial Memorandum Order issue.

`       THE PLAINTIFF

       BY_____/s/ Joanne S. Faulkner___
       JOANNE S. FAULKNER ct04137
         123 Avon Street
         New Haven, CT 06511-2422
         (203) 772-0395
         j.faulkner@snet.net

This is to certify that the foregoing was mailed on March 19, 2004, postage prepaid, to:

Bruce Luckman
Satzberg, Trichon, Kogan & Wertheimer, P.C.
1818 Market St  30th floor
Philadelphia PA 19103-3699

       ___/s/ Joanne S. Faulkner
       Joanne S. Faulkner