UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RACHEL SPECTOR

v.                                                  CASE NO. 3:03 CV 251 (MRK)

TRANS UNION LLC                                     April 2, 2004

PLAINTIFF'S MOTION FOR DISCOVERY ORDERS

On August 15, 2003, defendant was ordered to comply with discovery. Endorsement on Doc. No. 13.  Instead of complying, defendant improperly cross-referred to material to be produced in an earlier litigation between the parties. That material has not been produced. Other responses were evasive or nonresponsive. Pursuant to Fed. R. Civ. P. 37(b)(2) or (d), plaintiff moves for the entry of a default against defendant, an order that the allegations of the complaint shall be taken to be established against the defendant, and an order striking its affirmative defenses.

                                                    THE PLAINTIFF

ORAL ARGUMENT NOT REQUESTED

                                    BY___/s/ Joanne S. Faulkner_____
                                      JOANNE S. FAULKNER ct04137
                                            123 Avon Street
                                          New Haven, CT 06511
                                            (203) 772-0395

This is to certify that the foregoing was mailed on  April 1, 2004, postage prepaid, to:

Bruce Luckman
Satzberg, Trichon, Kogan & Wertheimer, P.C.
1818 Market St  30th floor
Philadelphia PA 19103-3699

                                    __/s/ Joanne S. Faulkner____
                                    Joanne S. Faulkner