UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Spector

V.                              Case Number: 3:03cv251 MRK

Trans Union LLC

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on May 5, 2005 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on June 4, 2005 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, May 5, 2004.


KEVIN F. ROWE, CLERK

By: /s/ Kenneth R. Ghilardi
    Kenneth R. Ghilardi
    Deputy Clerk