UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RACHEL SPECTOR

   v.                                           Civil No. 3:03v251 (MRK)

TRANS UNION LLC

## JUDGMENT

A notice of proposed dismissal [22-1] of the above-captioned action having been sent to counsel of record on May 5, 2004, pursuant to this Court's Local Rule 41(a) and, no action having been taken by counsel subsequent to such notice and no satisfactory explanation therefore having been submitted to the Court within twenty (20) days of such notice;

It is ORDERED that this action be and hereby is dismissed without costs to any party.

SO ORDERED.

Dated at New Haven, Connecticut, this 21st day of June 2004.

                                                                  Kevin F. Rowe, Clerk

                                                                  By  /s / Kenneth R. Ghilardi
                                                                  Kenneth R. Ghilardi
                                                                  Deputy Clerk

EOD:_____