UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RACHEL SPECTOR

v.   CASE NO. 3:03 CV 251 (MRK)

TRANS UNION LLC

## LOCAL RULE 37 AFFIDAVIT

The undersigned certifies, pursuant to 28 U.S.C. §1746, that the plaintiff requested defendant to comply with the discovery order and provide the missing documents by email dated March 18, 2004; sent a draft of this motion to defendant on March 26 requesting a response or resolution; sent another email on March 31, seeking a response before filing. Defendant has not responded or complied with the Order as specified in the Motion filed herewith.

I certify under penalty of perjury that the foregoing is true and correct. Executed on April 1, 2004.

/s/ Joanne S. Faulkner
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

This is to certify that the foregoing was mailed on April 1, 2004, postage prepaid, to:

Bruce Luckman
Satzberg, Trichon, Kogan & Wertheimer, P.C.
1818 Market St 30th floor
Philadelphia PA 19103-3699

/s/ Joanne S. Faulkner
Joanne S. Faulkner