IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RACHEL SPECTOR<br><br>                    Plaintiff,<br><br>v.<br><br>TRANS UNION LLC<br><br>                    Defendants. | C.A. NO. 3:03-CV-00251 MRK |

**RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff and Trans Union LLC, in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this action is dismissed with prejudice. Each party hereto to bear its own costs and attorney's fees.

Respectfully Submitted this _____ day of _____July_____, 2004

_____
JOANNE S. FAULKNER
123 Avon St.
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

*Counsel for Plaintiff*

_____
BRUCE S. LUCKMAN
TIMOTHY P. CREECH (*pro hac vice*)
SATZBERG, TRICHON,
  KOGAN & WERTHEIMER, P. C.
1818 Market St., 30th Floor
Philadelphia, PA 19103
(215) 575-7600; Fax: (215) 575-7688
bluckman@mstkw.com; tcreech@mstkw.com

*Counsel for Defendant,*
*Trans Union LLC*

APPROVED BY THE COURT:

_____          DATED:    _____
                  J.